# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR HERNANDEZ, et al.,<br>    Plaintiffs,<br>v.<br>PROGRESSIVE DIRECT INSURANCE COMPANY, et al.,<br>    Defendants. | Case No. 2:25-cv-00771-GMN-NJK<br>**Order**<br>[Docket No. 35] |

Pending before the Court is a stipulation to extend time for Defendants to respond to Plaintiffs' motion to compel.  Docket No. 35.

LR IA 6-1 provides that a "motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted."  The instant stipulation fails to provide a reason for the extension requested. Docket No. 35; *see also* LR IA 6-1.

Nonetheless, in the interest of deciding this case on its merits, and as a one-time courtesy to the parties, the Court **GRANTS** the stipulation and **EXTENDS** the deadline for Defendants to respond to the motion to compel to December 5, 2025.  Docket No. 35.  The parties are **ORDERED** to comply with the Federal Rules of Civil Procedure and the local rules in all future filings.

IT IS SO ORDERED.

Dated: December 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge