JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EDGAR HERNANDEZ, an individual;
MATTHEW MARTINO, an individual,

Plaintiffs,

vs.

PROGRESSIVE DIRECT INSURANCE
COMPANY; VICTORIA L. PEARL, an
individual; DOES 1 through 10; and ROE
CORPORATIONS 1 through 20, inclusive,

Defendants.

CASE NO.:  2:25-cv-00771-GMK-NJK

STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANTS TO RESPOND

Defendant Progressive Direct Insurance Company, and Plaintiffs Edgar Hernandez and Matthew Martino, by and through their respective counsel of record, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant shall have an extension up to and including March 20, 2026 to file its response to Plaintiffs' Motion for Reconsideration of Motion to Remand Back to State Court (Doc. 44); Plaintiffs' Alternative Motion to Determine Order Dismissing Defendant Victoria L. Pearl and Denying Motion to Remand Back to State Court as Final (Doc. 45); and Plaintiffs' Motion to Continue Discovery Deadlines Pending Resolution of Plaintiffs' Motion to Compel Claims Notes and Client File and Motion for Leave to File Supplemental Brief (Doc.46); and

IT IS FURTHER HEREBY STIPULATED AND AGREED that Defendant shall have an

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

extension up to and including March 20, 206 to file its Reply to Plaintiffs' Response to Defendant Progressive Direct Insurance Company's Motion for Summary Judgment Regarding the Claims of Matthew Martino (Doc. 47).

Defendant's counsel requests the above extension due to the fact that he was preparing for a firm trial setting scheduled to begin on March 16, 2026 in the Eighth Judicial District Court but which has now settled and needs additional time to respond to the above-referenced motions.

DATED: March 11, 2026.

THE SCHNITZER LAW FIRM

*/s/ Jordan Schnitzer*

_____
Jordan Schnitzer, Esq.
Nevada Bar No. 10744
710 S. 9th St. Suite 2
Las Vegas NV 89101

Kristopher T. Zeppenfeld, Esq.
Nevada Bar No. 12144
VEGAS VALLEY INJURY LAW
710 South 7th Street, Suite C
Las Vegas, NV 89101
Attorneys for Plaintiffs

DATED: March 11, 2026.

K E A T I N G LAW GROUP

*/s/ John T. Keating*

_____
John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
Attorney for Defendants

**ORDER**

**IT IS HEREBY ORDERED** that Defendants shall have an extension up to and including March 20, 2026 to file their response to Plaintiffs' Motion for Reconsideration of Motion to Remand Back to State Court (Doc. 44); Plaintiffs' Alternative Motion to Determine Order Dismissing Defendant Victoria L. Pearl and Denying Motion to Remand Back to State Court as Final (Doc. 45); and Plaintiffs' Motion to Continue Discovery Deadlines Pending Resolution of Plaintiffs' Motion to Compel Claims Notes and Client File and Motion for Leave to File Supplemental Brief (Doc.46); and file its Reply to Plaintiffs' Response to Defendant Progressive Direct Insurance Company's Motion for Summary Judgment Regarding the Claims of Matthew Martino (Doc. 47).

**DATED** this __13__ day of March, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

3