UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR HERNANDEZ, an individual; MATTHEW MARTINO, an individual, | CASE NO.:  2:25-cv-00771-GMK-NJK |
| Plaintiffs, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND** |
| PROGRESSIVE DIRECT INSURANCE COMPANY; VICTORIA L. PEARL, an individual; DOES 1 through 10; and ROE CORPORATIONS 1 through 20, inclusive, | |
| Defendants. | |

Defendant Progressive Direct Insurance Company, and Plaintiffs Edgar Hernandez and Matthew Martino, by and through their respective counsel of record, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant shall have an extension up to and including April 1, 2026 to file its response to Plaintiffs' Motion to Compel Decision Point Documents (Doc. 49) and Plaintiffs' Motion to Continue Discovery (Doc. 50); and

/ / /

/ / /

/ / /

/ / /

1

Defendant's counsel requests the above extension due to the fact that he has received numerous motions in multiple cases and Plaintiffs' counsel has graciously agreed to a one week extension for Defendant to respond.

DATED: March 24, 2026.                    DATED: March 24, 2026.

THE SCHNITZER LAW FIRM                    K E A T I N G LAW GROUP

/s/ Jordan Schnitzer                      /s/ John T. Keating

_____                   _____
Jordan Schnitzer, Esq.                    John T. Keating, Esq.
Nevada Bar No. 10744                      Nevada Bar No. 6373
710 S. 9th St. Suite 2                    9130 W. Russell Road, Suite 200
Las Vegas NV 89101                        Las Vegas, Nevada 89148
                                          Attorney for Defendants
Kristopher T. Zeppenfeld, Esq.
Nevada Bar No. 12144
VEGAS VALLEY INJURY LAW
710 South 7th Street, Suite C
Las Vegas, NV 89101
Attorneys for Plaintiffs

## ORDER

**IT IS SO ORDERED** that Defendant shall have an extension up to and including April 1, 2026 to file its response to Plaintiffs' Motion to Compel Decision Point Documents (Doc. 49) and Plaintiffs' Motion to Continue Discovery (Doc. 50).

DATED: _March 25, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE

CASE NO.:  2:25-cv-00771-GMK-NJK