**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Edgar Hernandez, et al., | Case No.: 2:25-cv-00771-GMN-NJK |
|    Plaintiffs, | **Order** |
| v. | |
| Progressive Direct Insurance Company, et al., | |
|    Defendants. | |

On April 9, 2026, this case was referred to the undersigned for a settlement conference. Docket No. 65. The parties, however, are currently set for private mediation on June 8, 2026. Docket No. 55 at 3.

Accordingly, the parties are ORDERED to file, no later than June 11, 2026, a status report as to whether they were able to settle the instant case at mediation.

IT IS SO ORDERED.

DATED: April 9, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE