# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EDGAR HERNANDEZ, et al.,

    Plaintiffs,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY, et al.,

    Defendants.

Case No. 2:25-cv-00771-GMN-NJK

**Order**

[Docket No. 68]

Pending before the Court is the parties' stipulation to extend the dispositive motions deadline. Docket No. 68

For good cause shown, the Court **GRANTS** the parties' stipulation and **RESETS** the dispositive motions deadline to May 28, 2026. Docket No. 68.

IT IS SO ORDERED.

Dated: April 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1