UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EDGAR HERNANDEZ, an individual;
MATTHEW MARTINO, an individual,

Plaintiffs,

vs.

PROGRESSIVE DIRECT INSURANCE
COMPANY; VICTORIA L. PEARL, an
individual; DOES 1 through 10; and ROE
CORPORATIONS 1 through 20, inclusive,

Defendants.

CASE NO.:  2:25-cv-00771-GMK-NJK

**ORDER GRANTING STIPULATION TO EXTEND TIME**
**FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL CLAIMS NOTES FROM DEFENDANT, PROGRESSIVE AND CLIENT FILE FROM DENNETT WINSPEAR**

Defendant Progressive Direct Insurance Company, and Plaintiffs Edgar Hernandez and Matthew Martino, by and through their respective counsel of record, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant shall have an extension up to and including June 2, 2026 to file its response to Plaintiffs' Motion to Compel Claims Notes from Defendant, Progressive and Client File from Dennett Winspear (Doc. 73); and

/ / /

/ / /

/ / /

1

Defendant's counsel requests the above extension due to the fact that he has been out of the office for family obligations, has received motions in multiple cases and the upcoming Memorial Day weekend holiday. Plaintiffs' counsel has graciously agreed to a one week extension for Defendant to respond.

DATED: May 20, 2026.                          DATED: May 20, 2026.

THE SCHNITZER LAW FIRM                        K E A T I N G LAW GROUP

/s/ Jordan Schnitzer                          /s/ John T. Keating
_____                       _____
Jordan Schnitzer, Esq.                        John T. Keating, Esq.
Nevada Bar No. 10744                          Nevada Bar No. 6373
710 S. 9th St. Suite 2                        9130 W. Russell Road, Suite 200
Las Vegas NV 89101                            Las Vegas, Nevada 89148
                                              Attorney for Defendants
Kristopher T. Zeppenfeld, Esq.
Nevada Bar No. 12144
VEGAS VALLEY INJURY LAW
710 South 7th Street, Suite C
Las Vegas, NV 89101
Attorneys for Plaintiffs

## ORDER

**IT IS SO ORDERED** that Defendant shall have an extension up to and including June 2, 2026 to file its response to Plaintiffs' Motion to Compel Claims Notes from Defendant, Progressive and Client File from Dennett Winspear (Doc. 73).

DATED: <u>May 21, 2026</u>

_____
UNITED STATES MAGISTRATE JUDGE

CASE NO.: 2:25-cv-00771-GMK-NJK

2