**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDGAR HERNANDEZ, an individual; MATTHEW MARTINO, an individual, | CASE NO.: 2:25-cv-00771-GMK-NJK |
| Plaintiffs, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DISPOSITIVE MOTIONS** |
| PROGRESSIVE DIRECT INSURANCE COMPANY; VICTORIA L. PEARL, an individual; DOES 1 through 10; and ROE CORPORATIONS 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to LR IA 6-1 and LR II 26-3, Plaintiffs, EDGAR HERNANDEZ and MATTHEW MARTINO, by and through their counsel of record, The Schnitzer Law Firm and Vegas Valley Injury Law, and Defendants PROGRESSIVE DIRECT INSURANCE COMPANY and VICTORIA L. PEARL, by and through their counsel of record, KEATING LAW GROUP, respectfully submit the following stipulation requesting that this Court extend the deadline for dispositive motions in the above-captioned case, currently set for June 12, 2026, until thirty (30) days after the upcoming June 8, 2026 mediation.  The parties request that dispositive motion deadline be extended up to and including July 13, 2026,

Discovery in this matter closed on May 11, 2026.  However, Plaintiffs' Motion to Compel Claims Notes from Defendant, Progressive and Client File from Dennett Winspear

(Doc. 73) was filed on May 12, 2026. By extension, Defendant's Response is due on June 2, 2026. The parties are scheduled for mediation with the Honorable Jennifer Togliatti (Ret.) on June 8, 2026, which is only four (4) days before the dispositive motion deadline. This short extension will allow the parties to focus on preparation for mediation and possible resolution of this matter while avoiding the time and resources preparing the bulk of their dispositive motions prior to mediation. The parties agree that these resources could be better used in preparation for the mediation. If the mediation is not successful, the parties can then shift to preparing substantive dispositive motions.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Trial in this matter has not yet been set and if dispositive motions are pending, then the parties will serve their Joint Pretrial Order within thirty days of the Court's order as to the parties' dispositive motions.

DATED: May 22nd, 2026.

THE SCHNITZER LAW FIRM

/s/ Jordan Schnitzer

_____
Jordan Schnitzer, Esq.
Nevada Bar No. 10744
710 S. 9th St. Suite 2
Las Vegas NV 89101

Kristopher T. Zeppenfeld, Esq.
Nevada Bar No. 12144
VEGAS VALLEY INJURY LAW
710 South 7th Street, Suite C
Las Vegas, NV 89101
Attorneys for Plaintiffs

DATED: May 22nd, 2026.

K E A T I N G LAW GROUP

/s/ John T. Keating

_____
John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
Attorney for Defendants

## ORDER

IT IS SO ORDERED. The dispositive motion deadline shall be extended as agreed to by the parties herein.

DATED: May 27, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE

CASE NO.: 2:25-cv-00771-GMK-NJK

3