**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDGAR HERNANDEZ, et al.,

Plaintiffs,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY, et al.,

Defendants.

Case No. 2:25-cv-00771-GMN-NJK

**Order**

[Docket No. 82]

Pending before the Court is Plaintiffs' motion to extend case management deadlines. Docket No. 82. Defendant filed a response in opposition. Docket No. 83. Plaintiffs filed a reply. Docket No. 84.

Discovery in this case closed on May 11, 2026. Docket No. 72. Plaintiffs' motion was filed nearly two months after that date. Docket No. 82. Plaintiffs fail to explain why they waited so long to file the motion and, instead, attempt to claim that the pending discovery motion constitutes excusable neglect. *Id.* at 9. It does not. Nonetheless, in the interest of resolving this case on its merits, the Court will grant one final extension solely for the three depositions listed in Plaintiffs' motion. *Id.* at 6-8.

Accordingly, the discovery cutoff for those depositions is extended to September 14, 2026. The dispositive motions deadline is extended to October 13, 2026. The joint proposed pretrial order deadline is extended to November 12, 2026, or 30 days after the resolution of any dispositive motions.

IT IS SO ORDERED.

Dated: August 13, 2026.

Nancy J. Koppe
United States Magistrate Judge