JOHN T. KEATING
Nevada Bar No. 6373
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDGAR HERNANDEZ, an individual; MATTHEW MARTINO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; VICTORIA L. PEARL, an individual; DOES 1 through 10; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-00771-GMK-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendant Progressive Direct Insurance Company, and Plaintiffs Edgar Hernandez and Matthew Martino, by and through their respective counsel of record, hereby agree and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant shall have an extension up to and including August 24, 2026 to file its Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment (Doc. 85).

/ / /

/ / /

/ / /

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

Defendant's counsel requests the above extension due to the fact that will be out of the office for family obligations and will be attending multiple full-day depositions which are scheduled in the next week. Plaintiffs' counsel has graciously agreed to a one-week extension for Defendant to respond.

DATED: August 13, 2026.

THE SCHNITZER LAW FIRM

*/s/ Jordan Schnitzer*

Jordan Schnitzer, Esq.
Nevada Bar No. 10744
710 S. 9th St. Suite 2
Las Vegas NV 89101

Kristopher T. Zeppenfeld, Esq.
Nevada Bar No. 12144
VEGAS VALLEY INJURY LAW
710 South 7th Street, Suite C
Las Vegas, NV 89101
Attorneys for Plaintiffs

DATED: August 13, 2026.

K E A T I N G LAW GROUP

*/s/ John T. Keating*

John T. Keating, Esq.
Nevada Bar No. 6373
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
Attorney for Defendant

**ORDER**

**IT IS SO ORDERED** that Defendant shall have an extension up to and including August 24, 2026 to file its Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment (Doc. 85).

**DATED** this 13 day of August, 2026.

Gloria M. Navarro, District Judge
United States District Court